No. 98–1223. WILLIAMS ET UX. v. KLAMATH COUNTY, *ante*, p. 1019. Motion of petitioners for leave to proceed further herein *in forma pauperis* granted. Petition for rehearing denied.

No. 98–8261. AJAJ v. UNITED STATES, *ante*, p. 1044. Motion for leave to file petition for rehearing denied.